UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

December 19, 2014

MEMORANDUM TO COUNSEL RE:   7-Eleven, Inc. v. Rita Pistorio, et al.
                                                            Civil Action No. GLR-14-3451

Dear Counsel:

Today, the Court convened a teleconference to discuss the schedule in this case. This memorandum memorializes the agreements reached during the call.

The Court will refer this matter to a U.S. Magistrate Judge for a settlement conference to be scheduled no earlier than April 2015. Plaintiff's proposed changes to the Scheduling Order are approved. (See ECF No. 12). Plaintiff's request for 20 deposition hours per side is denied without prejudice. Each side will be limited to 15 deposition hours.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

_____

George L. Russell, III
United States District Judge